# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOSHUA M. STOCKTON**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
*ADC #169885*

v.　　　　　　　　**CASE NO. 4:23-CV-00476-BSM-PSH**

**RAMONA HUFF,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Patricia S. Harris's partial recommendation [Doc. No. 36] is adopted, and Aundrea Culcager's motion to dismiss [Doc. No. 22] is denied.

IT IS SO ORDERED this 6th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE