# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOSHUA M. STOCKTON**                                                                  **PLAINTIFF**
*ADC #169885*

v.                        **CASE NO. 4:23-CV-00476-BSM**

**RAMONA HUFF,** *et al.*                                                 **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Patricia S. Harris's partial recommendation [Doc. No. 56] is rejected. Joshua Stockton represents that he did not receive the full names of Lee and the Doe defendants from defendants' counsel until May 21, a week after Judge Harris's partial recommendation. Accordingly, good cause has been shown for Stockton's delay in providing those names to the court. The clerk is directed to rename defendant Lee as defendant Jalese Lee, and to rename the Doe defendants as defendants Veronica Powell and Patricia Holden. All of Stockton's pending claims remain intact.

IT IS SO ORDERED this 3rd day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE