**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOSHUA M. STOCKTON**                                                    **PLAINTIFF**

**v.**                              **Case No: 4:23-cv-00476-BSM**

**RAMONA HUFF,** *et al.*                                               **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE